# United States District Court

## SOUTHERN DISTRICT OF INDIANA

**UNITED STATES OF AMERICA**

**V.**

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:17-mj-158

**NASH WHITAKER and** -01
**NATHAN COX** -02

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 16, 2017, in Howard County, in the Southern District of Indiana defendant did,

Count 1: Theft of "Interstate" Explosives, in violation of Title 18, United States Code § 844(k);

Count 2: Theft of Explosives from a Licensed Permittee, in violation of Title 18, United States Code § 844(l); and

Count 3: Conspiracy to Commit a Federal Explosive Offense, in violation of Title 18, United States Code § 844(n).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached AFFIDAVIT

**Continued on the attached sheet and made a part hereof.**

Luther Selby, Special Agent, ATF

**Sworn to before me, and subscribed in my presence**

March 7, 2017 at Indianapolis, Indiana
**Date**

Tim A. Baker, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**

**AFFIDAVIT**

I, Luther Selby, being duly sworn, state as follows:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have been so employed since approximately October 2014.

2. As part of my duties as an ATF Special Agent (SA), I investigate criminal violations relating to violations of the Gun Control Act of 1968, National Firearms Act of 1934, and other violations of federal firearms statutes relating to the unlawful possession and trafficking of firearms. I have received training in the history of firearms laws and regulations, firearms criminal violations, interstate controls, firearms identification and investigative call analysis, among other areas of federal criminal law. I have participated in the execution of multiple federal search warrants, including search warrants that have involved the unlawful possession and trafficking of firearms and explosives. This affidavit is made in support of a finding of probable cause and complaint charging NASH WHITAKER and NATHAN COX with Theft of "Interstate" Explosives, in violation of Title 18 U.S.C. 844(k), Theft of Explosives from a Licensed Permittee, in violation of Title 18 U.S.C. 844(l), and Conspiracy to Commit a Federal Explosive Offense, in violation of Title 18 U.S.C. 844(n).

3. The statements in this affidavit are based on my personal knowledge, and on information I have received from other law enforcement personnel and from persons with knowledge regarding relevant facts. Because this affidavit is being

submitted for the limited purpose of presenting probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are sufficient to establish probable cause to believe that NASH WHITAKER and NATHAN COX violated Title 18, United States Code, Section 844(k), Title 18, United States Code, Section 844(l), and Title 18, United States Code, Section 844(n).

## APPLICABLE LEGAL PRINCIPLES

4. Pursuant to Title 18, United States Code, 844(k) (Prohibited Acts), it is unlawful for any person to steal any explosives materials which are moving as, or are a part of, or which have moved in, interstate or foreign commerce.

5. Pursuant to Title 18, United States Code, 844(l) (Prohibited Acts), it is unlawful for any person to steal any explosive material from a licensed importer, manufacturer, or licensed dealer, or from any permittee.

6. Pursuant to Title 18, United States Code, 844(n) (Prohibited Acts), it is unlawful for any person to conspire to commit any offense defined in this chapter.

7. Title 18, United States Code, Section 844(j) defines the term "explosives" as meaning gunpowders, powders used for blasting, all forms of high explosives, blasting materials, fuzes (other than electric circuit breakers), detonators, and other detonating agents, smokeless powders, other explosive or incendiary devices within the meaning of paragraph (5) of section 232 of this title, and any chemical compounds, mechanical mixture, or device that contains any

oxidizing and combustible units, or other ingredients, in such proportions, quantities, or packing that ignition by fire, by friction, by concussion, or percussion, or by detonation of the compound, mixture, or device or any part thereof may cause an explosion.

## FACTS SUPPORTING PROBABLE CAUSE

8. On February 16, 2017, Officer Harper #395 with the Kokomo Police Department (KPD) took a theft of explosives report from Jason McClain, the Plant Manager at Martin Marietta (Licensed Permittee). McClain told Officer Harper that multiple blasting caps, also referred as detonators, were stolen from Martin Marietta, located at 2400 West 50 South, Kokomo, IN. McClain described the stolen blasting caps as twelve (12) #6 RockStar 24ft delay blasting caps, sixty (60) #16 RockStar electric 24ft delay blasting caps, and thirty (30) ShockStar 80ft delay non-electric blasting caps. McClain stated the blasting caps were stored in an underground magazine within the mine. McClain stated the hasps on the blasting cap magazine were cut off and the locks used to secure the magazine were also missing. The blasting caps were last accounted for on February 7, 2017.

9. On February 17, 2017, ATF SAs and detectives with KPD responded to Martin Marietta to process any evidence located at the scene of the theft. Footwear impressions were recovered from the scene. The hasps and the door handle to the blasting cap magazine were removed from the magazine for further processing.

10. Photographs of the scene, in addition to all items recovered as evidence, were taken and documented by KPD

11. On February 24, 2017, ATF SAs received an anonymous tip about the theft of the blasting caps. According to the anonymous tipster, Quinton Young had knowledge of the stolen blasting caps. The anonymous tipster stated Young made comments about the location of the stolen blasting caps, as well as comments about selling the blasting caps.

12. After receiving this anonymous tip, ATF SAs traveled to Kokomo, IN to locate Young. Agents were able to locate Young and interview him. Young told agents that Young believed Nathan COX (hereinafter N. COX) was responsible for the theft of the blasting caps. Young believed this because N. COX made comments about stealing the blasting caps. Young said he did not know the location of the blasting caps nor did he have any for sale. Young said N. COX resided on North Ohio Street in Kokomo, IN with NASH WHITAKER.

13. Through the use of law enforcement databases, ATF SAs located a possible address for N. COX of 2211 North Ohio Street, Kokomo, IN 46901 (**Subject Premises**). SAs went to this address and located three occupants in a garage converted into an apartment behind the main residence. These occupants identified themselves as NASH WHITAKER, Frankie Walker, and Samantha Cox. WHITAKER, Walker, and S. Cox stated N. COX also resided in the converted garage at the **Subject Premises**. N. COX was not present at the converted garage.

WHITAKER, Walker, and S. Cox stated N. COX was currently at a friend's house in the area of Lincoln Road and Park Road.

14. WHITAKER, Walker, and S. Cox gave written consent to ATF SAs and KPD Officers to search the residence for evidence of explosives and contraband inside the residence. ATF SAs conducted a preliminary search of the residence and located, in plain view, two (2) locks consistent with the locks cutoff the hasps from the Martin Marietta blasting cap magazine in each of the two bedrooms of the residence, as well as a pair of bolt cutters, which were located in the living room.

15. N. COX was later located at his friend's residence in the area of Park Rd. and Lincoln Rd. N. COX agreed to be transported to KPD for an interview. While at KPD, ATF SA Launa Hunt asked N. COX for consent to search his residence. N. COX denied consent. However, N. COX did confirm he owned and had access to the main residence and converted garage at the **Subject Premises**. At this time, ATF SAs and KPD Officers located at the **Subject Premises,** stopped searching and secured the residence and began applying for a search warrant.

16. ATF SAs interviewed WHITAKER at KPD. WHITAKER was advised of his *Miranda* rights per an ATF Advice of Right and Waiver form. WHITAKER stated he understood his rights and signed the waiver form.

17. WHITAKER stated he and N. COX used the bolt cutters, located inside the **Subject Premises,** to remove the locks, located inside the **Subject Premises,** from the hasps of the explosive magazine inside the Martin Marietta underground

mine. WHITAKER stated the locks located in each of the bedrooms believed to be utilized by WHITAKER and N. COX, were the locks from the explosive magazine. WHITAKER stated one of the bedrooms belonged to him and the other bedroom belonged to N. COX.

18. WHITAKER stated he and N. COX took the blasting caps from the explosive magazine and took them back to the **Subject Premises**. WHITAKER said he was currently wearing the boots he wore during the burglary. WHITAKER indicated he did not know the current location of the blasting caps, but he last saw them in the trunk of a red Chevrolet Cavalier parked at the **Subject Premises** on February 24, 2017. ATF SAs obtained consent from the owner of the red Cavalier. The blasting caps were not located inside the Cavalier.

19. ATF SAs interviewed N. COX at KPD. N. COX was advised of his *Miranda* rights per an ATF Advice of Right and Waiver form. N. COX stated he understood his rights and signed the waiver form.

20. N. COX stated he currently resides in the converted garage located at the **Subject Premises**. When asked about his knowledge of explosives, N. COX stated he has previously made "sparkler bombs". N. COX confirmed his bedroom was one of the two bedrooms where the locks were located. N. COX confirmed the other bedroom belonged to WHITAKER. N. COX requested an attorney after ATF SAs presented him with the current evidence against him. ATF SAs immediately ended the interview.

21. On February 25, 2017, at approximately 1:30 AM, ATF SAs and KPD Officers executed a search warrant at the **Subject Premises**. ATF SAs and KPD recovered among other items: the two (2) locks belonging to the explosive magazine, the bolt cutters used to cutoff the locks off the hasps of the magazine; a newspaper article, about the explosives theft, located inside an open safe in the bedroom belonging to WHITAKER; and a blasting cap wire wrapper which was located on the **Subject Premises**.

22. Photographs of the scene, in addition to all items recovered as evidence, were taken and documented by KPD.

23. On February 26, 2017, ATF SAs and Task Force Officers (TFOs) received information the stolen explosives were dumped by N. COX just south of the intersection of County Road E. 550 N. and County Road N. 300 E in Howard County, in a black trash bag in a ditch. ATF SAs, TFOs, along with the Indiana State Police (ISP), located and recovered a black trash bag from the Matthew Anaker Ditch, located just south of this intersection. Inside the black trash bag, ATF SAs and ISP located approximately 24 live ShockStar non-electric blasting caps, 52 live RockStar electric blasting caps, and 3 spent RockStar electric blasting caps.

24. Photographs of the scene, in addition to the trash bag and spent blasting caps were taken and documented as evidence by ATF SA Luther Selby. The live blasting caps were taken and recovered as evidence by ISP.

## CONCLUSION

25. Based on the above information set forth in this affidavit, I respectfully submit that there is probable cause to believe that NASH WHITAKER and NATHAN COX violated Title 18, United States Code, Section 844(k), Title 18, United States Code, Section 844(l), and Title 18, United States Code, Section 844(n). I therefore respectfully request that this Court issue a Complaint charging him with the same. FURTHER AFFIANT SAYETH NOT.

Luther Selby
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Subscribed and sworn before me this 7th day of March, 2017.

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana